**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NATIONWIDE EQUIPMENT COMPANY,

      Plaintiff,

v.                                                          CASE NO. 3:05-cv-236-J-32HTS

MICHEL ALLEN; SUZETTE ALLEN;
PIONEER EQUIPMENT COMPANY, and
PIONEER EQUIPMENT NIGERIA, LTD.,

      Defendants.

_____

**O R D E R**

This cause is before the Court on the Joint Motion for Case Management Conference (Doc. #65; Motion), filed on August 18, 2005. While the Motion refers to a case management report, *see id.* at 2, no such report has been filed with the Court.

In light of the circumstances, the Motion (Doc. #65) is **GRANTED** to the extent a case management conference will be held before the undersigned on Wednesday, September 21, 2005, at 2:15 p.m. Additionally, within ten (10) days of the date of this Order, the parties shall confer and file a case management report including proposed deadlines believed to be viable.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of September, 2005.

                         /s/        Howard T. Snyder
                         HOWARD T. SNYDER
                         UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
	and *pro se* parties, if any