**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

NATIONWIDE EQUIPMENT COMPANY,

      Plaintiff,

v.                                     CASE NO. 3:05-cv-236-J-32HTS

MICHEL ALLEN; SUZETTE ALLEN;
PIONEER EQUIPMENT COMPANY, and
PIONEER EQUIPMENT NIGERIA, LTD.,

      Defendants.

### O R D E R

This cause is before the Court on the Case Management Report (Doc. #79; Report), filed on September 15, 2005. The Report indicates the parties "have submitted to each other stipulations regarding confidentiality of . . . information but request the Court's assistance in addressing those issues." *Id.* at 1. Accordingly, it is

**ORDERED:**

The parties shall bring to the case management conference scheduled for September 21, 2005, *see* Order (Doc. #69), a proposed umbrella protective order for the Court's consideration. Prior to the conference, the parties should meet[1] and determine those areas on which agreement can be reached. The proposed order shall

---

[1]     The meeting may be conducted either in person or telephonically.

include agreed upon text as well as terms on which the parties are unable to agree, with suggested language submitted by each side.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of September, 2005.

/s/   Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
　　and *pro se* parties, if any