**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NATIONWIDE EQUIPMENT COMPANY,

    Plaintiff,

v.                                CASE NO. 3:05-cv-236-J-32HTS

MICHEL ALLEN; SUZETTE ALLEN;
PIONEER EQUIPMENT COMPANY, and
PIONEER EQUIPMENT NIGERIA, LTD.,

    Defendants.
_____

**O R D E R**

    This cause is before the Court on the Motion for Leave to Depose Defendants (Doc. #73; Motion), filed on September 6, 2005. For the reasons discussed at the case management conference held on September 21, 2005, the Motion is **GRANTED** to the extent that all the parties in the case may be re-deposed.

    **DONE AND ORDERED** at Jacksonville, Florida this 23rd day of September, 2005.

                                          /s/       Howard T. Snyder
                                          HOWARD T. SNYDER
                                          UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
 and *pro se* parties, if any