**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**


NATIONWIDE EQUIPMENT COMPANY,

      Plaintiff,

v.                                    CASE NO. 3:05-cv-236-J-32HTS

MICHEL ALLEN; SUZETTE ALLEN;
PIONEER EQUIPMENT COMPANY, and
PIONEER EQUIPMENT NIGERIA, LTD.,

      Defendants.

_____

### PROTECTIVE ORDER

Based on the discussion at the case management conference, held on September 21, 2005, good cause is found for the entry of a protective order, *see* Rule 26(c), Federal Rules of Civil Procedure (Rule(s)), and it is hereby

**ORDERED:**

1.   Customer lists provided in discovery shall be presumed confidential, and such information received from an opposing party shall not be disclosed to non-parties to the litigation.

2.   Price quotations received from an opposing party in discovery shall be presumed confidential and may be viewed by counsel only.

3.   The parties shall engage in discovery, including providing disclosures pursuant to Rule 26(a), without need for a further order from the Court.

This Order is intended to cover those materials that the parties agreed, at the hearing, should be treated as confidential. If more extensive or structured protection is deemed necessary, the parties should tender to the Court an agreed protective order setting forth such terms.

**DONE AND ORDERED** at Jacksonville, Florida this 26th day of September, 2005.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record
 and *pro se* parties, if any

- 2 -