**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NATIONWIDE EQUIPMENT COMPANY,

       Plaintiff,

v.                                              CASE NO. 3:05-cv-236-J-32HTS

MICHEL ALLEN; SUZETTE ALLEN;
PIONEER EQUIPMENT COMPANY, and
PIONEER EQUIPMENT NIGERIA, LTD.,

       Defendants.

_____

**O R D E R**

This cause is before the Court on Defendants' Response to the Court Order Dated November 7, 2005 (Doc. #89) and Motion for Protective Order (Doc. #96; Motion), filed on November 30, 2005. Defendants have failed to include therein a certificate of conference as required by Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)). Accordingly, it is

     **ORDERED:**

Defendants shall confer with Plaintiff regarding the relief requested in the Motion as contemplated by the Local Rules and file a certification pursuant thereto within five (5) days of the date of this Order.  Additionally, if the parties are able to agree on

terms for a protective order for commercial information,[1] *see* Motion at 6, a proposed order should be attached to the certificate of conference.

   **DONE AND ORDERED** at Jacksonville, Florida, this 10th day of December, 2005.

                                        /s/        Howard T. Snyder
                                        HOWARD T. SNYDER
                                        UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record
      and *pro se* parties, if any

---

[1]       Counsel are expected to work cooperatively on finalizing a suggested order if they are of the view protection is appropriate.