UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NATIONWIDE EQUIPMENT COMPANY,

    Plaintiff,

v.                               CASE NO. 3:05-cv-236-J-32HTS

MICHEL ALLEN; SUZETTE ALLEN;
PIONEER EQUIPMENT COMPANY, and
PIONEER EQUIPMENT NIGERIA, LTD.,

    Defendants.

## **O R D E R**

This cause is before the Court on Plaintiff's Motion to Quash or in the Alternative for Protection Pertaining to the Defendants' Three Non-Party Subpoenas (Doc. #92; First Motion), filed on November 14, 2005, and Defendants' Motion to Quash or in the Alternative for Protection Pertaining to Plaintiff's Three Non-Party Subpoenas (Doc. #94; Second Motion), filed on November 23, 2005 (collectively, Motions).

Pursuant to Rule 45(c)(3)(A), Federal Rules of Civil Procedure (Rule(s)), "[o]n timely motion, the court by which a subpoena was issued [may] quash or modify the subpoena" under certain conditions. The Rule makes "clear that motions to quash, modify, or condition [a] subpoena are to be made to the district court of the district from which the subpoena issued. It is the issuing court that has the necessary jurisdiction over the party issuing

the subpoena and the person served with it[.]" 9A Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 2459 (2d ed. 1995).

None of the subpoenas attached to the Motions are from this district. *See* Composite Exhibit A, attached to the First Motion, at [externally numbered] 2 (Northern District of Indiana); Composite Exhibit B, attached to the First Motion, at [externally numbered] 2 (Western District of Louisiana); Composite Exhibit C, attached to the First Motion, at [externally numbered] 2 (District of Columbia); Exhibit A, attached to the Second Motion, at [unnumbered] 1 (Southern District of Texas); Exhibit B, attached to the Second Motion (Middle District of Tennessee); Exhibit C, attached to the Second Motion (Western District of New York). Accordingly, this Court will not grant the requests that they be quashed.

Upon due consideration, the Motions (Docs. ##92, 94) are **DENIED** without prejudice to the filing of independent motions for protective order, should the parties deem it appropriate.

**DONE AND ORDERED** at Jacksonville, Florida, this 14th day of December, 2005.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
    and *pro se* parties, if any